Dahlia H. Senior, Appellant, v. Third Avenue Transit Corporation, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Crete Mills, Appellant, v. Fred Colin, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

In the Matter of Avenue Bar, Inc., Appellant, against Harvey L. Strelzin, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Egon Bergson et al., Appellants, v. United States Lines Company, Respondent.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Alexander A. Emelianoff, Respondent, v. Alexander Lashkareff et al., Appellants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Electromatic Distributors, Inc., Respondent, v. Barclays Bank, Ltd., Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Hollywood Wave Net Corporation, Appellant, v. Louis E. Pakula, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Helen Caretti, Appellant, v. Henry Caretti, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

Azik L. Glasberg, Respondent, v. Nish Vartanian et al., Appellants, and Alfred Gruenstein, Impleaded Defendant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.